**No. 11-150. Marteen Moore, Petitioner v. USC University Hospital, Inc., et al.**

565 U.S. 1150, 132 S. Ct. 1079, 181 L. Ed. 2d 796, 2012 U.S. LEXIS 555.

January 9, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 884, 132 S. Ct. 254, 181 L. Ed. 2d 147, 2011 U.S. LEXIS 5257.